UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LISA RIVERA<br><br>                                  Plaintiff(s)<br><br>- against -<br><br>170 KINGSBRIDGE PISTILLI LLC, PISTILLI REALTY GROUP and ANTHONY PISTILLI<br>                                                    Defendants | 20cv01577 (JGK)(BCM)<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

  I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on February 21, 2020 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendants 170 KINGSBRIDGE PISTILLI LLC and PISTILLI REALTY GROUP by personally serving SUE ZOUKY, agent of each of the foregoing Defendants, and proofs of service were filed on March 18, 2020, Doc. #7 and 8.

  I further certify that the docket entries indicate that Defendants 170 KINGSBRIDGE PISTILLI LLC and PISTILLI REALTY GROUP have not filed an answer or otherwise moved with respect to the complaint herein. The default of Defendants 170 KINGSBRIDGE PISTILLI LLC and PISTILLI REALTY GROUP are hereby noted.

Dated: New York, New York
   May 1, 2020

                   RUBY J. KRAJICK
                   Clerk of Court

             By: _____
                   Deputy Clerk