```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────

LISA RIVERA,

              Plaintiff,           20cv1577 (JGK)

    - against -              ORDER

170 KINGSBRIDGE PISTILLI LLC et al.,

              Defendants.

─────────────────────────────────

**JOHN G. KOELTL, District Judge:**

A Clerk's Certificate of Default was entered on May 1, 2020 as to 170 Kingsbridge Pistilli LLC and Pistilli Realty Group. The plaintiff should move by order to show cause for a default judgment by July 17, 2020 or the case against 170 Kingsbridge Pistilli LLC and Pistilli Realty Group may be dismissed for failure to prosecute. Anthony Pistilli was required to respond to the complaint by May 21, 2020. No response was filed. The time to respond is extended to July 17, 2020. If there is no response, the plaintiff may move by order to show cause for a default judgment.

**SO ORDERED.**

Dated:    New York, New York
          July 2, 2020              /s/ John G. Koeltl
                                              John G. Koeltl
                                     United States District Judge