```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------
LISA RIVERA,

                    Plaintiff,           20cv1577 (JGK)

       - against -                       ORDER

170 KINGSBRIDGE PISTILLI LLC et al.,

                    Defendants.
------------------------------------------------
```

**JOHN G. KOELTL, District Judge:**

The Court will hold a conference on Monday, July 20, 2020 at 12:30 PM to set a schedule for an order to show cause for a preliminary injunction and a temporary restraining order. The conference will be by telephone. The parties should call in to (888)-363-4749 and use access code 8140049. The plaintiff should serve a copy of this order on the defendants prior to the conference.

**SO ORDERED.**

Dated:   New York, New York
         July 17, 2020                  _____/s/ John G. Koeltl_____
                                                John G. Koeltl
                                        United States District Judge