```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────────

**LISA RIVERA,**

                Plaintiff,           20cv1577 (JGK)

      - against -               <u>ORDER</u>

**170 KINGSBRIDGE PISTILLI LLC et al.,**

                Defendants.

─────────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The plaintiff's application to file an amended complaint is granted. The plaintiff should file the amended complaint promptly and serve it on the defendants. The plaintiff may file an application for a temporary restraining order and a preliminary injunction, including a supporting memorandum of law and a supporting affidavit or affidavits. Any responsive papers should be filed by July 21, 2020. The Court will hear the application on July 22, 2020 at 12:00 PM by telephone. The parties should call in at that time to (888)-363-4749 and use access code 8140049. The plaintiff should serve a copy of this order on the defendants by July 21, 2020 at 12:00 PM and file proof of service on the docket.

**SO ORDERED.**

**Dated:**    New York, New York
            July 20, 2020           _____/s/ John G. Koeltl_____
                                                            John G. Koeltl
                                                  **United States District Judge**