```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

LISA RIVERA,

                Plaintiff,          20cv1577 (JGK)

    - against -             ORDER

170 KINGSBRIDGE PISTILLI LLC et al.,

                Defendants.

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The plaintiff's application is due by 12:00 PM on July 21, 2020. Responsive papers are due on or before 10:00 PM on July 21, 2020. The plaintiff should serve a copy of this order on the defendants by July 21, 2020 at 12:00 PM and file proof of service on the docket.

**SO ORDERED.**

Dated:    New York, New York
            July 20, 2020          /s/ John G. Koeltl
                                                   John G. Koeltl
                                    United States District Judge