UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LISA RIVERA,   Case No. 20-cv-01577-JGK

      Plaintiff,

-against-   **NOTICE OF APPEARANCE**

170 KINGSBRIDGE PISTILLI LLC,
PISTILLI REALTY GROUP and
ANTHONY PISTILLI,

      Defendants.
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that Jonathan D. Farrell, Esq., of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears as counsel for Defendants, 170 Kingsbridge Pistilli LLC, Pistilli Realty Group and Anthony Pistilli in the above referenced action and requests that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: Mineola, New York
      July 20, 2020

      Respectfully submitted,

      **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

By:   **/s/ Jonathan D. Farrell**
      Jonathan D. Farrell, Esq.
      *Attorney for Defendants*
      190 Willis Avenue
      Mineola, New York 11501
      (516) 747-0300
      JFarrell@meltzerlippe.com

1017174.1