UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
LISA RIVERA,                                                      Case No. 20-cv-1577 (JGK)(BCM)

                Plaintiff,

     -against-                                                     **RULE 7.1 DISCLOSURE STATEMENT**

170 KINGSBRIDGE PISTILLI LLC, PISTILLI
REALTY GROUP and ANTHONY PISTILLI,

                Defendants.
---------------------------------------------------------X

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant 170 Kingsbridge Pistilli LLC declares it has no parent corporation and no publicly traded corporation owns ten percent (10%) or more of its stock.

Dated: Mineola, New York
       September 10, 2020

                                                     **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**

                                                     By: /s/ *Robert S. Plosky*
                                                     Robert S. Plosky, Esq.
                                                     Jonathan D. Farrell, Esq.
                                                     Loretta Gastwirth, Esq.
                                                     *Attorneys for the Defendants*
                                                     190 Willis Avenue
                                                     Mineola, New York 11501
                                                     (516) 747-0300
                                                     rplosky@meltzerlippe.com
                                                     jfarrell@meltzerlippe.com
                                                     lgastwirth@meltzerlippe.com

TO:    All Counsel Via ECF