UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LISA RIVERA,                                                                    Case No. 20-cv-1577 (JGK)(BCM)

                Plaintiff,

      -against-                                                             **RULE 7.1 DISCLOSURE STATEMENT**

170 KINGSBRIDGE PISTILLI LLC, PISTILLI
REALTY GROUP and ANTHONY PISTILLI,

                Defendants.
---------------------------------------------------------X

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Pistilli Realty Group declares it has no parent corporation and no publicly traded corporation owns ten percent (10%) or more of its stock.

Dated: Mineola, New York
         September 10, 2020

                                                                **MELTZER, LIPPE, GOLDSTEIN
                                                                & BREITSTONE, LLP**

                                                                By: /s/ *Robert S. Plosky*
                                                                Robert S. Plosky, Esq.
                                                                Jonathan D. Farrell, Esq.
                                                                Loretta Gastwirth, Esq.
                                                                *Attorneys for the Defendants*
                                                                190 Willis Avenue
                                                                Mineola, New York 11501
                                                                (516) 747-0300
                                                               rplosky@meltzerlippe.com
                                                               jfarrell@meltzerlippe.com
                                                               lgastwirth@meltzerlippe.com

TO:    All Counsel Via ECF