Law Offices of
# JAMES E. BAHAMONDE, P.C.

2501 Jody Court
North Bellmore, NY 11710
Long Island Tel. (516) 783-9662
New York City Tel. (646) 290-8258
Fax No. (646) 435-4376
James@CivilRightsNY.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/20

November 23, 2020

BY ECF

Magistrate Judge Barbara Moses
Southern District of New York
500 Pearl St.
New York, NY 10007

**MEMO ENDORSED**

Re:   *Rivera v. 170 Kingsbridge Pistilli LLC, et al.*
      <u>20cv01577 (JGK)(BCM)</u>

Dear Magistrate Judge Moses:

I represent the plaintiff in the above referenced action and submit this joint letter motion seeking an adjournment of the settlement conference scheduled for November 30, 2020. This is parties' first request for an adjournment.

On November 20, 2020, Defendants' counsel, Robert Plosky, and I communicated with your chambers to determine the Court's availability. Of the proposed dates, parties are available on January 20 and January 21, 2021.

We thank you for your attention and consideration, and look forward to participating in the settlement conference with Your Honor.

Respectfully Yours,

/s/ James E. Bahamonde

James E. Bahamonde, Esq.

---

Application GRANTED. The settlement conference currently scheduled for November 30, 2020, at 2:15 p.m. is ADJOURNED to **January 21, 2021, at 2:15 p.m.** No later than January 13, 2021, the parties shall submit the pre-conference statements required by ¶¶ 3-4 of the Court's Order Scheduling Settlement Conference dated September 28, 2020 (Dkt. No. 42) via email to chambers. The other provisions in the September 28 Order remain in effect. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
November 24, 2020