

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LISA RIVERA,

        Plaintiff,

-against-

170 KINGSBRIDGE PISTILLI LLC, et al.,

        Defendants.

20-CV-1577 (JGK) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Following a settlement conference before Judge Moses on January 21, 2021, the parties requested additional time to continue settlement discussions among themselves and leave to update the Court within a week as to whether they had finalized settlement. The Court extended that deadline once (Dkt. Nos. 45-46), and has since received three settlement updates, each noting that discussions have been progressing and requesting additional time to continue those discussions, and provide updates to the Court, before obtaining a pretrial schedule from the District Judge. The Court has granted leave twice. (Dkt. Nos. 47-48.)

    The parties' third extension request is GRANTED. No later than **April 7, 2021**, the parties shall provide the Court with a confidential settlement update by sending a joint letter to the same email address used for their pre-settlement statements. (*See* Dkt. No. 42.) However, since by then it will have been two and a half months since the January 21 settlement conference, no further extensions will be granted. If the case has not been settled by April 7, 2021, the parties shall, on that date, file a proposed pre-trial schedule with the District Judge along with their settlement update to the undersigned Magistrate Judge.

Dated: New York, New York
       March 10, 2021

                      **SO ORDERED**.

                      **BARBARA MOSES**
                      **United States Magistrate Judge**